## United States Bankruptcy Court
### District of Delaware

In re  **MONTESQUIEU, INC.** _____  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fonda Hopkins<br>8929 Aero Dr<br>San Diego, CA 92123 | Common Stock | 77.5% | Shareholder |
| MQ Investors, LLC<br>1445 Red Butte Dr.<br>Aspen, CO 81611 | Common Stock | 22.5% | Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 20, 2019**

Signature  _/s/ Fonda Hopkins_  
**Fonda Hopkins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.