# United States Bankruptcy Court
## District of Delaware

In re   **MONTESQUIEU, INC.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MONTESQUIEU, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MQ Investors, LLC**
**7798 Doug Hill Ct**
**San Diego, CA 92127**

☐ None [*Check if applicable*]

**March 20, 2019**
Date

*/s/Mette Kurth*
**Mette Kurth**
Signature of Attorney or Litigant
Counsel for   **MONTESQUIEU, INC.**
**Fox Rothschild LLP**
**919 N. Market St., Suite 300**
**Wilmington, DE 19899-2323**
**(302) 654-7444 Fax:(302) 656-8920**
**mkurth@foxrothschild.com**